UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LORI ANN FRIZELL,

           Plaintiff,

v.                                   Case No. 6:21-cv-216-GKS-GJK

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.

> GRANTED and SO ORDERED this
> 3 day of Nov, 2021
>
> G. KENDALL SHARP
> United States District Judge

REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion:

> MOTION: UNOPPOSED MOTION TO REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)
>
> (Doc. No. 23)
>
> FILED: July 16, 2021
>
> ---
>
> It is RECOMMENDED that the motion be GRANTED.

On July 16, 2021, the Commissioner of Social Security (the "Commissioner") filed an unopposed Motion for Entry of Judgment with Remand (the "Motion to Remand") requesting that the decision of the Commissioner be reversed and remanded pursuant to sentence six to take any

actions necessary to correct and finalize the administrative record due to irregularities in the hearing recording process. Doc. No. 23.

Accordingly, it is **RECOMMENDED** that the Court:

1. **GRANT** the Motion (Doc. No. 23) and remand the case to the Commissioner pursuant to sentence six of Section 405(g) for the reason set forth above;

2. Direct the Clerk to administratively close the case; and

3. Retain jurisdiction over the case.

## NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1. **To expedite this matter, if the parties have no objections to this report and**

2

recommendation, they may promptly file a joint notice of no objection.

**RECOMMENDED** in Orlando, Florida, on November 1, 2021.

                                                                 GREGORY J. KELLY
                                                         UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
Unrepresented parties