# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LORI ANNE FRIZZELL,**

        **Plaintiff,**

v.                                                              **Case No: 6:21-cv-216-PGB-LHP**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____/

## **ORDER**

This cause is before the Court on Defendant Commissioner of Social Security's (the "**Commissioner**") Unopposed Motion to Reopen Case and Affirm the Commissioner's Decision and For Entry of Judgment Under Federal Rule of Civil Procedure 58. (Doc. 31 (the "**Motion**")). Magistrate Judge Leslie R. Hoffman Price submitted a Report and Recommendation (Doc. 33 (the "**Report**")) recommending that the Court grant the Motion. Neither party has filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed December 21, 2023 (Doc. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's Unopposed Motion to Reopen Case and Affirm the Commissioner's Decision and For Entry of Judgment Under Federal Rule of Civil Procedure 58 (Doc. 31) is **GRANTED**;

3. The Clerk of Court is **DIRECTED** to reopen this case, enter judgment in favor of Plaintiff and against the Commissioner, and thereafter close the file.

**DONE AND ORDERED** in Orlando, Florida on January 8, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties